## First Pennsylvania Banking and Trust Company v. Bonaventure et ux., Appellants.

Argued December 12, 1975. *Constance E. Bonaventure, in propria persona,* and *Stephen J. Folkman,* for appellants; *Dean B. Stewart, Jr.,* with him *Hugh O'Neill, Paul A. Davis,* and *McTighe, Brown, Weiss, Bonner & Stewart,* for appellee.

Judgment affirmed.